BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>VICTOR ANTHONY NOTTOLI,<br><br>           Defendant. | CASE NO. 1:14-cr-00097-AWI-BAM<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on Monday, November 24, 2014, at 1:30 p.m.

2.  By this stipulation, the parties now move to continue the matter to Monday, December 8, 2014, at 1:30 p.m.

////

////

1

IT IS SO STIPULATED.

DATED: July 7, 2014  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 7, 2014

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

DATED: July 7, 2014

/s/ Courtney J. Linn
COURTNEY J. LINN
Counsel for Defendant
Victor Anthony Nottoli

**O R D E R**

IT IS SO ORDERED.

Dated:  July 7, 2014   _____

SENIOR DISTRICT JUDGE

2