BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-AWI-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE;  ORDER |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, December 8, 2014, at 1:30 p.m.

2. By this stipulation, the parties now move to continue the matter to Monday, April 27, 2015, at 1:30 p.m.

////

////

1

IT IS SO STIPULATED.

DATED:    November 7, 2014      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:    November 7, 2014

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

DATED:    November 7, 2014

/s/ Courtney J. Linn
COURTNEY J. LINN
Counsel for Defendant
Victor Anthony Nottoli

**O R D E R**

IT IS SO ORDERED.

Dated:   November 7, 2014            _____
                                     SENIOR DISTRICT JUDGE

2