BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-AWI-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, April 27, 2015, at 1:30 p.m.

2. By this stipulation, the parties now move to continue the matter to Monday, August 31, 2015, at 1:30 p.m.

3. Pursuant to the new Formal/Informal/Response to PSR schedule effective Monday, March 23, 2015, the parties further stipulate to the following schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | **July 31, 2015** |
| **Final PSR Filed with the Court:** | **August 10, 2015** |
| **Formal Objections to PSR/Sentencing Memo due:** | **August 17, 2015** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **August 24, 2015** |

IT IS SO STIPULATED.

DATED:   March 17, 2015        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   March 17, 2015

/s/ Patrick K. Hanly _____
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

DATED:   March 17, 2015

/s/ Courtney J. Linn _____
COURTNEY J. LINN
Counsel for Defendant
Victor Anthony Nottoli

**O R D E R**

IT IS SO ORDERED.

Dated:   March 17, 2015        _____
                                SENIOR  DISTRICT  JUDGE

2