BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-cr-00097-AWI-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on Monday, August 31, 2015, at 1:30 p.m.

2.      By this stipulation, the parties now move to continue the matter to Monday, January 25, 2016, at 1:30 p.m.

3.      Pursuant to the new Formal/Informal/Response to PSR schedule effective Monday, March 23, 2015, the parties further stipulate to the following schedule:

1

**Informal Objections Due:**                                   **December 26, 2015**

**Final PSR Filed with the Court:**                       **January 4, 2016**

**Formal Objections to PSR/Sentencing Memo due:**      **January 11, 2016**

**Responses to Formal Objections/Reply to Sentencing Memo:**   **January 19, 2016**

IT IS SO STIPULATED.

DATED:        July 8, 2015            Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                      Assistant United States Attorney

DATED:        July 8, 2015

                                      /s/ Patrick K. Hanly
                                      PATRICK K. HANLY
                                      Counsel for Defendant
                                      Victor Anthony Nottoli

DATED:        July 8, 2015

                                      /s/ Courtney J. Linn
                                      COURTNEY J. LINN
                                      Counsel for Defendant
                                      Victor Anthony Nottoli

                         **O R D E R**

IT IS SO ORDERED.

Dated:   July 8, 2015          _____

                                SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28