BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>VICTOR ANTHONY NOTTOLI,<br><br>                    Defendant. | CASE NO.  1:14-cr-00097-AWI-BAM<br><br>STIPULATION AND ORDER<br>REGARDING CONTINUANCE |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for sentencing on Monday, January 25, 2016, at 1:30 p.m.

   2.   By this stipulation, the parties now move to continue the matter to Monday, July 25, 2016, at 1:30 p.m.

   3.   Pursuant to the new Formal/Informal/Response to PSR schedule effective Monday, March 23, 2015, the parties further stipulate to the following schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | **June 27, 2016** |
| **Final PSR Filed with the Court:** | **July 5, 2016** |
| **Formal Objections to PSR/Sentencing Memo due:** | **July 11, 2016** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **July 18, 2016** |

IT IS SO STIPULATED.

DATED:   October 15, 2015         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   October 15, 2015

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

DATED:   October 15, 2015

/s/ Courtney J. Linn
COURTNEY J. LINN
Counsel for Defendant
Victor Anthony Nottoli

**O R D E R**

IT IS SO ORDERED.

Dated:   October 15, 2015         _____
                                   SENIOR DISTRICT JUDGE