BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, July 25, 2016, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, December 5, 2016, at 10:00 a.m.

3. The parties further stipulate to the following revised briefing schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | November 7, 2016 |
| **Final PSR Filed with the Court:** | November 14, 2016 |
| **Formal Objections to PSR/Sentencing Memo due:** | November 21, 2016 |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | November 28, 2016 |

IT IS SO STIPULATED.

DATED:   May 17, 2016     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   May 17, 2016

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

DATED:   May 17, 2016

/s/ Courtney J. Linn
COURTNEY J. LINN
Counsel for Defendant
Victor Anthony Nottoli

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 18, 2016**         _____
UNITED STATES DISTRICT JUDGE

2