PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:14-cr-00097-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on Monday, December 5, 2016, at 10:00 a.m.

2.    By this stipulation, the parties now move to continue the matter to Monday, April 3, 2017, at 10:00 a.m.

3.    The parties further stipulate to the following revised briefing schedule:

**Informal Objections Due:**                                    **March 6, 2017**

**Final PSR Filed with the Court:**                         **March 13, 2017**

**Formal Objections to PSR/Sentencing Memo due:**    **March 20, 2017**

**Responses to Formal Objections/Reply to Sentencing Memo:**    **March 27, 2017**

**IT IS SO STIPULATED.**

DATED:        November 9, 2016        Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney

DATED:        November 9, 2016

                                       /s/ Patrick K. Hanly
                                       PATRICK K. HANLY
                                       Counsel for Defendant
                                       Victor Anthony Nottoli

DATED:        November 9, 2016

                                       /s/ Courtney J. Linn
                                       COURTNEY J. LINN
                                       Counsel for Defendant
                                       Victor Anthony Nottoli

## O R D E R

Pursuant to the parties' stipulation, the court finds good cause and continues the sentencing hearing as to the above named defendant from December 5, 2016, to **April 3, 2017**, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.  The court adopts the parties' proposed revised presentence schedule.

IT IS SO ORDERED.

Dated:    **November 10, 2016**        _____
                                       UNITED STATES DISTRICT JUDGE

2