PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, April 3, 2017, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, March 26, 2018, at 10:00 a.m.

3. The parties further stipulate to the following revised briefing schedule:

| **Informal Objections Due:** | **February 26, 2018** |
|---|---|
| **Final PSR Filed with the Court:** | **March 5, 2018** |
| **Formal Objections to PSR/Sentencing Memo due:** | **March 12, 2018** |

*///*

1

**Responses to Formal Objections/Reply to Sentencing Memo:    March 19, 2018**

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: | March 2, 2017 | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| DATED: | March 2, 2017 | /s/ Patrick K. Hanly<br>PATRICK K. HANLY<br>Counsel for Defendant<br>Victor Anthony Nottoli |
| DATED: | March 2, 2017 | /s/ Courtney J. Linn<br>COURTNEY J. LINN<br>Counsel for Defendant<br>Victor Anthony Nottoli |

**O R D E R**

IT IS SO ORDERED.

Dated:   **March 3, 2017**              _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE