| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KAREN A. ESCOBAR |
| | Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile:  (559) 497-4575 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, March 26, 2018, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, October 29, 2018, at 10:00 a.m.

3. The parties further stipulate to the following revised briefing schedule:

**Informal Objections Due:**                                               October 1, 2018

**Final PSR Filed with the Court:**                                       October 8, 2018

**Formal Objections to PSR/Sentencing Memo due:**      October 15, 2018

**Responses to Formal Objections/Reply to Sentencing Memo:**    October 22, 2018

1

IT IS SO STIPULATED.

DATED: November 29, 2017     Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ Karen A. Escobar
                                                 KAREN A. ESCOBAR
                                                 Assistant United States Attorney

DATED: November 29, 2017

                                                 /s/ Patrick K. Hanly
                                                 PATRICK K. HANLY
                                                 Counsel for Defendant
                                                 Victor Anthony Nottoli

DATED: November 29, 2017

                                                 /s/ Courtney J. Linn
                                                 COURTNEY J. LINN
                                                 Counsel for Defendant
                                                 Victor Anthony Nottoli

## **O R D E R**

Pursuant to the parties' stipulation, the court finds good cause and continues the sentencing hearing as to the above named defendant from March 26, 2018, to **October 29, 2018,** at 10:00am in Courtroom 5 before District Judge Dale A. Drozd. The court adopts the parties' proposed revised presentence schedule. However, in light of the number of extensions of time for sentencing which have previously been granted in this action and the length of the extension of time granted by this order, no further extensions of time will be granted for this purpose absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **November 29, 2017**     _____
                                                                       UNITED STATES DISTRICT JUDGE