McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, October 29, 2018, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, February 25, 2019, at 10:00 a.m., to effectuate the terms of the plea agreement.

3. The parties further stipulate to the following revised briefing schedule:

**Informal Objections Due:**                                         **January 28, 2019**

**Final PSR Filed with the Court:**                                   **February 4, 2019**

**Formal Objections to PSR/Sentencing Memo due:**            **February 11, 2019**

**Responses to Formal Objections/Reply to Sentencing Memo:**     **February 19, 2019**

1

IT IS SO STIPULATED.

DATED: July 16, 2018  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 16, 2018

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

DATED: July 16, 2018

/s/ Courtney J. Linn
COURTNEY J. LINN
Counsel for Defendant
Victor Anthony Nottoli

# O R D E R

Pursuant to the parties' stipulation, the court finds good cause and continues the sentencing hearing as to the above-named defendant from October 29, 2018, to **February 25, 2019,** at 10:00am in Courtroom 5 before District Judge Dale A. Drozd. The court adopts the parties' proposed revised presentence schedule. However, in light of the number of extensions of time for sentencing which have previously been granted in this action and the length of the extension of time granted by this order, no further extensions of time will be granted for this purpose absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **July 17, 2018**

UNITED STATES DISTRICT JUDGE