| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ANTHONY NOTTOLI,<br><br>Defendant. | CASE NO. 1:14-cr-00097-DAD-BAM<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, February 25, 2019, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, September 30, 2019, at 10:00 a.m., to effectuate the terms of the plea agreement.

3. The parties further stipulate to the following revised briefing schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | **September 3, 2019** |
| **Final PSR Filed with the Court:** | **September 9, 2019** |
| **Formal Objections to PSR/Sentencing Memo due:** | **September 16, 2019** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **September 23, 2019** |

IT IS SO STIPULATED.

DATED: January 9, 2019    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: January 9, 2019

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

ORDER

For the reasons stated in the parties' stipulation, the sentencing hearing scheduled for February 25, 2019, at 10:00 a.m. is hereby continued to September 30, 2019 at 10:00 a.m. No further continuances of this matter will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **January 10, 2019**    _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE