McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, September 30, 2019, at 10:00 a.m. The Court further ordered that it would not permit another continuance absent a compelling showing of good cause.

2. On Monday, June 24, 2019, the defendant was subpoenaed to appear and testified at trial in the District of Nevada in *United States v. Charles Burton Ritchie, et al.*, 2:15-cr-00285-APG-GWF (Doc. 419).

3. The defendant will be required to testify in the Southern District of Alabama in *United States v. Charles Burton Ritchie, et al.*, 1:15-cr-00227-WS-C (Doc. 77). Trial has been set

1

for the September 2019 trial term.

    4.      The government does not anticipate that the defendant's testimony will be required in any other trials or proceedings.

    5.      By this stipulation, the parties now move to continue the matter to Monday, December 16, 2019, at 10:00 a.m., to effectuate the terms of the plea agreement.

    6.      The parties further stipulate to the following revised briefing schedule:

**Informal Objections Due:**     **November 18, 2019**

**Final PSR Filed with the Court:**     **November 25, 2019**

**Formal Objections to PSR/Sentencing Memo due:**     **December 2, 2019**

**Responses to Formal Objections/Reply to Sentencing Memo:**     **December 9, 2019**

IT IS SO STIPULATED.

DATED:     June 26, 2019     Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant United States Attorney

DATED:     June 26, 2019

    /s/ Patrick K. Hanly
    PATRICK K. HANLY
    Counsel for Defendant
    Victor Anthony Nottoli

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 30, 2019, is continued to December 16, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 8, 2019**

UNITED STATES DISTRICT JUDGE