McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, December 16, 2019, at 10:00 a.m.

2. The defendant will be required to testify in the Southern District of Alabama in *United States v. Charles Burton Ritchie, et al.*, 1:15-cr-00227-WS-C (Doc. 77). Trial has been continued from the September 2019 trial term to March 2020.

3. The government does not anticipate that the defendant's testimony will be required in any other trials or proceedings.

4. In addition, there are sentencing issues that require approval, which has been

1

requested but not yet authorized.

5. By this stipulation, the parties now move to continue the matter to Monday, April 6, 2020, at 10:00 a.m., to effectuate the terms of the plea agreement.

6. The parties further stipulate to the following revised briefing schedule:

**Informal Objections Due:** March 9, 2020

**Final PSR Filed with the Court:** March 16, 2020

**Formal Objections to PSR/Sentencing Memo due:** March 23, 2020

**Responses to Formal Objections/Reply to Sentencing Memo:** March 30, 2020

IT IS SO STIPULATED.

DATED: November 15, 2019     Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: November 15, 2019

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

# O R D E R

The Court hereby extends the deadline for filing informal objections to March 9, 2020, the deadline for filing formal objections to March 23, 2020, and responses to formal objections to March 30, 2020. The Court continues the sentencing hearing currently scheduled for December 16, 2019, to April 6, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **November 15, 2019**        _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

3