McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00097-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, April 6, 2020, at 10:00 a.m.

2. The defendant is required to be available to testify in pending cases filed against Charles Burton Ritchie and Benjamin Galecki in the Southern District of Alabama, District of Nevada, and Eastern District of Virginia.

3. By this stipulation, the parties now move to continue the matter to Monday, July 6, 2020, at 10:00 a.m., to effectuate the terms of the plea agreement.

6. The parties further stipulate to the following revised briefing schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | **June 8, 2020** |
| **Final PSR Filed with the Court:** | **June 15, 2020** |
| **Formal Objections to PSR/Sentencing Memo due:** | **June 22, 2020** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **June 29, 2020** |

IT IS SO STIPULATED.

DATED: February 25, 2020        Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: February 25, 2020

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for April 6, 2020, is continued to July 6, 2020, at 10:00 a.m. The court, however, notes its concern regarding the number of times this matter has been continued for sentencing. If another continuance is sought, the court is likely to require counsel and the defendant to appear on July 6, 2020 at 10:00 a.m. to address when it is expected that the trials that are delaying these proceedings will in fact take place.

IT IS SO ORDERED.

Dated: **February 25, 2020**        _____
UNITED STATES DISTRICT JUDGE