McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ANTHONY NOTTOLI,<br><br>Defendant. | CASE NO. 1:14-cr-00097-DAD-BAM<br><br>STIPULATION REGARDING CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, July 6, 2020, at 10:00 a.m.

2. In addition to issues posed by the pending pandemic, the defendant is required to be available to testify in pending cases filed against Charles Burton Ritchie and Benjamin Galecki in the Southern District of Alabama, District of Nevada, and Eastern District of Virginia.

3. By this stipulation, the parties now move to continue the matter to Monday, December 7, 2020, at 10:00 a.m., to effectuate the terms of the plea agreement.

6. The parties further stipulate to the following revised briefing schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | **November 9, 2020** |
| **Final PSR Filed with the Court:** | **November 16, 2020** |
| **Formal Objections to PSR/Sentencing Memo due:** | **November 23, 2020** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **November 30, 2020** |

IT IS SO STIPULATED.

DATED:   May 4, 2020          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   May 4, 2020

/s/ Patrick K. Hanly
PATRICK K. HANLY
Counsel for Defendant
Victor Anthony Nottoli

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 4, 2020**                                              
                                                                                                                         
UNITED STATES DISTRICT JUDGE