McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-cr-00097-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| VICTOR ANTHONY NOTTOLI, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, December 7, 2020, at 9:00 a.m.

2. The defendant has suffered a series of strokes.  Additional time is required to prepare for sentencing and identify mitigating sentencing factors.

3. By this stipulation, the parties now move to continue the matter to Monday, January 19, 2021, at 10:00 a.m.

6. The parties further stipulate to the following revised briefing schedule:

**Informal Objections Due:**                                              **December 21, 2020**

1

| | |
|---|---|
| **Final PSR Filed with the Court:** | **December 28, 2020** |
| **Formal Objections to PSR/Sentencing Memo due:** | **January 4, 2021** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **January 11, 2021** |

IT IS SO STIPULATED.

DATED:   November 12, 2020          Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant United States Attorney

DATED:   November 12, 2020

                                    /s/ Patrick K. Hanly
                                    PATRICK K. HANLY
                                    Counsel for Defendant
                                    Victor Anthony Nottoli

## O R D E R

Pursuant to the stipulation of the parties, sentencing in this case is continued to January 19, 2021, at 10:00 a.m.   Once again, however, the court states that absent a compelling showing of exceptional circumstances, such as that made in support of this request, no further continuances of the sentencing in this case will be granted.

IT IS SO ORDERED.

Dated:   **November 12, 2020**          _____
                                        UNITED STATES DISTRICT JUDGE