Patrick K. Hanly SBN#128521
455 Capitol Mall, Suite 325
Sacramento, CA 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-0268
Attorneys for Defendant
Victor Anthony Nottoli

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ANTHONY NOTTOLI,<br><br>Defendant. | CASE NO. 1:14-cr-00097-DAD-BAM<br><br>**STIPULATION REGARDING CONTINUANCE OF SELF-SURRENDER DATE; ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, defendant was Ordered to self-surrender to the Bureau of Prisons before 2:00 p.m. on September 1, 2021, and if not designated by that time to a prison facility to the U.S. Marshals in Fresno, California.

2. To date, defendant has not received his designation location from the Bureau of Prisons.

3. The defendant suffers from serious medical conditions that make him more susceptible to contracting the COVID virus. There is currently an outbreak of a new strain of COVID that is more easily transmissible known as the Delta variant for

1

which there is currently no vaccine.

4. Because of defendant's medical condition and heightened susceptibility to catching the COVID virus and this new, more easily contractible variant of the virus, the parties hereby agree and stipulate that Mr. Nottoli's self-surrender report date to the facility designated by Bureau of Prisons, or if there is no designation to the U.S. Marshals in Fresno, California, is continued to March 1, 2022, before 2:00 p.m.

**IT IS SO STIPULATED**.

DATED:   August 3, 2021            Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant United States Attorney

DATED:   August 3, 2021

                                            /s/ Patrick K. Hanly
                                            PATRICK K. HANLY
                                            Counsel for Defendant
                                            Victor Anthony Nottoli

**O R D E R**

Upon further consultation with counsel and learning that the U.S. Bureau of Prisons has made a designation of the place of confinement in this case, THE COURT HEREBY ORDERS that the self-surrender date for defendant Victor Anthony Nottoli is continued from September 1, 2021 to January 12, 2022 at or before 2:00 p.m. Counsel are directed to confirm the designated institution with the U.S. Marshal and, if necessary, with the U.S. Bureau of Prisons prior to the surrender date set by this order.

IT IS SO ORDERED.

Dated:   **August 9, 2021**            _Dale A. Drozd_
                                                            UNITED STATES DISTRICT JUDGE